**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HARRY and JUDITH STRATTON, MATTHEW and JENNIFER COPTHORNE, TRINA LITTLE, MARIA GREGGIO and RAYMOND BARBOSA, on behalf of themselves and all others similarly situated, | No. 1:13-cv-2048 |
| | Judge: Hon. Sharon Johnson Coleman |
| Plaintiffs, | |
| v. | |
| ONEWEST BANK, FSB, | |
| Defendant. | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

TO THE CLERK OF THIS COURT AND TO ALL PARTIES OF RECORD:

Defendant OneWest Bank, FSB ("OneWest"), hereby submits this Notice of

Supplemental Authority in support of its pending Motion to Dismiss Pursuant to Fed. R. Civ. P.

12(b)(6). (*See* Mem. in Supp. of Def.'s Mot. to Dismiss, Dkt. No. 12.) In *Mumma v. Wells

Fargo Home Mortg.*, No. 12-1073-GPM, 2013 WL 4761118 (S.D. Ill. Sept. 4, 2013) (attached

hereto as Exhibit A for the Court's convenience), decided after OneWest filed its reply in support

of its pending motion to dismiss (see Dkt. No. 32), the District Court for the Southern District of

Illinois invoked the *Rooker-Feldman* doctrine to dismiss claims that a mortgage servicer

foreclosed in violation of an agreement not to do so while plaintiff was negotiating a loan

modification.

In *Mumma*, because plaintiff's state-court foreclosure was already complete, the court

held that plaintiff's claims that his mortgage servicer was obligated to have modified his loan

constituted an inappropriate attack on the completed state-court foreclosure judgment. The court *sua sponte* invoked the *Rooker-Feldman* doctrine and dismissed plaintiff's claims for breach of contract, quiet title, violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, negligent misrepresentation, fraudulent misrepresentation, and promissory estoppel for lack of subject-matter jurisdiction. *Id.* at *1-3.

As explained in OneWest's dismissal briefing, plaintiffs Trina Little's and Matthew and Jennifer Copthorne's claims are similarly barred by the *Rooker-Feldman* doctrine. (*See* Mem. in Supp. of Def.'s Mot. to Dismiss, Dkt. No. 12, at 10-11; Reply in Supp. of Def.'s Mot. to Dismiss, Dkt. No. 32 at 12-13; Compl. ¶¶385, 394).

Dated:  September 17, 2013

Respectfully submitted,

ONEWEST BANK, FSB

  /s/ Robert J. Emanuel
One of its attorneys

Robert J. Emanuel
Matthew M. Kovalcik
Much Shelist, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL  60606
T: (312) 521-2000
F: (312) 521-2555

Rik Tozzi
Burr Forman LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
T: (205) 251-3000
F: (205) 278-6948
*Admitted Pro Hac Vice*

4439663_1

**CERTIFICATE OF SERVICE**

I, Robert J. Emanuel, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants by first-class mail, postage prepaid, on September 17, 2012.

_/s/ Robert J. Emanuel_____